Patrick H. Hicks, Esq.
Nevada Bar No. 004632
Karen Kao, Esq.
Nevada Bar. No. 14386
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:     702.862.8800
Fax No.:          702.862.8811
phicks@littler.com
kkao@littler.com

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
Crystal J. Pugh, Esq.
Nevada Bar No. 12396
Betty J. Foley, Esq.
Nevada Bar No. 6333
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
herrec4@nv.ccsd.net
foleybj@nv.ccsd.net

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT, MARILYN
DELMONT, AND DAVID ROSARIO

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICK ALLEN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; MARILYN DELMONT, an Individual; DAVID ROSARIO, an Individual,<br><br>Defendants. | Case No. 2:24-cv-00741-GMN-MDC<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff RICK ALLEN ("Plaintiff") and Defendants CLARK COUNTY SCHOOL DISTRICT, MARILYN DELMONT, AND DAVID ROSARIO ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff to file an

LITTLER MENDELSON P.C.
3960 HOWARD HUGHES
PARKWAY
SUITE 300
LAS VEGAS, NV  89169.5937
702.862.8800

Amended Complaint from the current deadline of February 5, 2025, up to and including **February 14, 2025**. Defendants will have up to and including **March 7, 2025** to file a Responsive Pleading to Plaintiff's Amended Complaint.

Pursuant to the current deadline as outlined in the Court's Order Granting Defendants' Partial Motion to Dismiss (ECF No. 24), Defendants' current deadline to file an Answer to Plaintiff's First Amended Complaint is *before* Plaintiff's deadline to amend his Complaint. Should Plaintiff file a Second Amended Complaint, Defendants would need to file another Answer to the Second Amended Complaint. Accordingly, for purposes of efficiency and to preserve Court resources, the parties have stipulated to the above dates and request an extension as to the same.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: January 28, 2025

Respectfully submitted,

/s/ Trevor J. Hatfield
Trevor J. Hatfield, Esq.
HATFIELD & ASSOCIATES, LTD

*Attorneys for Plaintiff*
RICK ALLEN

Dated:  January 28, 2025

Respectfully submitted,

/s/ Karen Kao
Patrick H. Hicks, Esq.
Karen Kao, Esq.
LITTLER MENDELSON, P.C.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
Crystal J. Pugh, Esq.
Betty J. Foley, Esq.

*Attorney for Defendants*
CLARK COUNTY SCHOOL DISTRICT, MARILYN DELMONT, AND DAVID ROSARIO

**IT IS SO ORDERED.**

Dated: 1-30-25

_____
United States Magistrate Judge

LITTLER MENDELSON P.C.
3960 HOWARD HUGHES PARKWAY
SUITE 300
LAS VEGAS, NV  89169.5937
702.862.8800

4879-0109-0291.1 / 026133-1032

2

4901-1854-8754