Patrick H. Hicks, Esq.
Nevada Bar No. 4632
Michael D. Dissinger, Esq.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
Telephone:    702.862.8800
Fax No.:      702.862.8811
phicks@littler.com
mdissinger@littler.com

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
Crystal J. Pugh, Esq.
Nevada Bar No. 12396
Betty J. Foley, Esq.
Nevada Bar No. 6333
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
herrec4@nv.ccsd.net
foleybj@nv.ccsd.net

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT, MARILYN
DELMONT, AND DAVID ROSARIO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICK ALLEN, an individual;<br><br>          Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; MARILYN DELMONT, an Individual; DAVID ROSARIO, an Individual,<br><br>          Defendants. | Case No. 2:24-cv-00741-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

**COME NOW,** Plaintiff, RICK ALLEN ("Plaintiff"), by and through his counsel, Trevor J.

Hatfield, Esq., of Hatfield & Associates, Ltd., and Defendants, CLARK COUNTY SCHOOL

DISTRICT ("CCSD"), MARILYN DELMONT and DAVID ROSARIO (collectively

"Defendants"), by and through their counsel of record, Littler Mendelson, P.C., and the Clark County School District Office of the General Counsel, and hereby stipulate to extend the time for Defendants to file an Answer to Plaintiff's Second Amended Complaint [ECF No. 27] up to and including **April 9, 2026**.

The Parties agree the additional time is warranted so that Defendants may prepare their Answer to the Second Amended Complaint [ECF No. 27] following the Court's March 12, 2026 Order granting Defendants' Partial Motion to Dismiss the Second Amended Complaint [ECF No. 29]. *See* **Order Granting Defendants' Partial Motion to Dismiss Second Amended Complaint [ECF No. 48].** This is the first request for an extension of time for Defendants to file an Answer to the Second Amended Complaint [ECF No. 27]. This request is made in good faith and not for the purpose of delay.

Dated: March 26, 2026

HATFIELD AND ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*

Trevor J. Hatfield, Esq.

*Attorneys for Plaintiff*
RICK ALLEN

Dated: March 26, 2026

LITTLER MENDELSON. P.C.

*/s/ Michael D. Dissinger*

Patrick H. Hicks, Esq.
Michael D. Dissinger, Esq.

CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL
Crystal J. Pugh, Esq.
Betty J. Foley, Esq.

*Attorney for Defendants*
CLARK COUNTY SCHOOL DISTRICT, MARILYN DELMONT, AND DAVID ROSARIO

**IT IS SO ORDERED.**

DATED: 3-27-26 _____

_____
UNITED STATES MAGISTRATE JUDGE

2