TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICK ALLEN, an Individual, | CASE NO:   2:24-cv-00741-GMN-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Eighth Request)** |
| CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; MARILYN DELMONT, an Individual; DAVID ROSARIO, an Individual, | |
| Defendants. | |

COMES NOW, Plaintiff RICK ALLEN (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield, of Hatfield & Associates, Ltd., and Defendants CLARK COUNTY SCHOOL DISTRICT, MARILYN DELMONT, and DAVID ROSARIO (hereinafter Defendants"), by and through their counsel, Michael D. Dissinger, Esq., LITTLER MENDELSON, P.C. and Patrick Hicks Esq., and do hereby stipulate and request that all deadlines set forth in the Stipulation and Order to Extend Discovery Deadlines (Seventh Request) (ECF No. 47) pursuant to FRCP 26(f)(3) and LR II, 26-1 be extended by forty-five (45) days.  The current discovery cut-off date is April 20, 2026.  This request is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR II 26-4 for the reasons provided below.  This is the Parties' eighth request for an extension of discovery and dispositive motion deadline.

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

## 1. DISCOVERY COMPLETED TO DATE

A.     The parties have made their initial disclosures pursuant to FRCP 26(a)(1);

B.     Defendants served written discovery in the form of First Set of Interrogatories and First Set of Requests for Production of Documents, which Plaintiff responded to October 23, 2024, and November 14, 2024, respectively.  Defendants' first set of written discovery included twenty-four (24) Interrogatories and one hundred twenty-one (121) Requests for Production of Documents.  Defendants subsequently served a Second Set of Requests for Production of Documents on July 21, 2025, to which Plaintiff responded on September 10, 2025.

C.     On July 24, 2025, Plaintiff served three separate First Set of Interrogatories, one on each named Defendant.  Defendants responded on September 15, 2025.  On September 16, 2025, Plaintiff served three separate First Set of Requests for Admission, one on each named Defendant. The First Set of Requests for Admission served upon CCSD contains 248 Requests. The First Set of Requests for Admission served upon Mr. Rosario contains 248 Requests.  The First Set of Requests for Admission served upon Dr. Delmont contains 240 Requests.

D.     On October 2, 2025, Plaintiff served three separate First Set of Requests for Production of Documents, one on each named Defendant.  The First Set of Requests for Production of Documents served upon CCSD contains 151 Requests. The First Set of Requests for Production of Documents served upon Mr. Rosario contains 38 Requests.  The First Set of Requests for Production of Documents served upon Dr. Delmont contains 45 Requests.

E.     Defendants responded to Plaintiff's First Set of Requests for Admissions to CCSD and Mr. Rosario on December 5, 2025.  Defendants responded to Plaintiff's First Set of Request for Admissions to Dr. Delmont on December 10, 2025.

F.     Defendants responded to Plaintiff's First Set of Requests for Production of Documents to CCSD, Mr. Rosario, and Dr. Delmont on December 5, 2025.  On the same day

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

Defendants provided their Third Supplement to Initial Disclosures of Witnesses and Documents, containing approximately 3,000 pages of responsive documents.

G.      Each party has disclosed considerable amounts of documents.  Defendants have served a First, Second, and Third Supplement to their Initial Disclosures of Witnesses and Documents. Plaintiff has served a First, Second, Third, and Fourth Supplement to his Initial Disclosures of Witnesses and Documents. Defendants have served approximately 3,751 pages of documents. Plaintiff has served approximately 264 pages of documents.

H.      Plaintiff served his Second Set of Requests for Production of Documents upon Defendant CCSD on December 16, 2025.

I.      Defendants have obtained records from relevant third-party entities.

J.      On July 7, 2025, Plaintiff served his Initial Expert Disclosures.  Plaintiff disclosed two experts: Stan V. Smith, Ph.D. ("Mr. Smith"), and Ira Victor ("Mr. Victor").  Mr. Smith opines on Plaintiff's alleged damages.  Mr. Victor opines on certain of CCSD's policies and procedures.  These initial expert report materials contain more than one hundred (100) pages of information.

K.      On October 6, 2025, Defendants disclosed a rebuttal expert: Kevin Kirkendall, MBA, CPA, CFE ("Mr. Kirkendall").  Mr. Kirkendall opines upon Plaintiff's alleged damages and Mr. Smith's report.

L.      On August 21, 2025, Defendants took Plaintiff's deposition.

M.      On January 11, 2026, Defendants deposed Plaintiff's expert witness Ira Victor.

N.      Defendants served their Responses to Plaintiff's Second Set of Requests for Production of Documents on January 26, 2026. Defendants also contemporaneously served their Fourth Supplement to Initial Disclosures.

O.      Defendants served their Third Request for Production of Documents on Plaintiff on February 4, 2026. The Parties are meeting and conferring about Plaintiff's response to Defendants' Third Request for Production of Documents.

P.      Defendants deposed Plaintiff's expert Stan Smith on March 9, 2026.

## 2.      DISCOVERY YET TO BE COMPLETED

Q.      Plaintiff intends to take the deposition of Defendants' Rule 30(b)(6) representative(s) and the individual Defendants, as well as seven (7) non-party fact witnesses.

R.      Plaintiff is compiling additional documents to supplement.

S.      Plaintiff is reviewing the responses to written Discovery provided by Defendants, and intends to meet and confer with Defendant once a thorough review has been done.

T.      Parties have coordinated dates for Defendants Rosario and Delmont's depositions for April 17 and 20, 2026, respectively. The Parties expect the depositions to proceed on those dates.

U.      Defense counsel is working to coordinate with Defendant CCSD regarding the Rule 30(b)(6) deposition of CCSD's designated representative(s), and will notify Plaintiff once appropriate representative(s) and possible deposition dates are known.

V.      Plaintiff is working to Coordinate with Defendants regarding the deposition of Plaintiff's non-retained Expert Deborah Jette, and will notify Defendants once available dates for her deposition  are known. Defendants have diligently attempted to pursue Ms. Jette's deposition, but it has not yet proceeded due to the need to coordinate with Ms. Jette, a non-party, regarding her availability.

W.      The Parties are working together to find mutually agreeable dates for the above referenced depositions.

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

### 3. <u>WHY DISCOVERY WAS NOT COMPLETED WITHIN THE LIMITS SET BY THE DISCOVERY ORDER</u>

The Parties are working diligently to complete outstanding discovery but require additional time to fairly and adequately complete the same. In that regard, there are hundreds of factual allegations, and several causes of action at issue in this case which have required and continue to require substantial investigation by all Parties. Some of which were recently dismissed on March 12, 2026, by this court in its Order Granting Defendants' Partial Motion to Dismiss Second Amended Complaint. ***See* ECF No. 48**. Defendants' Answer to the Second Amended Complaint is now due April 9, 2026. ***See* ECF No. 49.**

Due to the fact intensive nature of the case, additional time is required by Plaintiff to review Defendants' written discovery responses and properly meet and confer. To avoid court intervention, the Parties also need sufficient time to address any discovery that may be required as a result of these meet and confer efforts.

Parties continue to coordinate diligently to find mutually agreeable dates for the outstanding Depositions, and have been able to secure dates for Defendant Delmont and Defendant Rosario's depositions respectively. There are still many depositions outstanding however, including multiple fact witnesses, Defendant CCSD's designated Rule 30(b)(6) representative, and Plaintiff's non-retained Expert, Deborah Jette. Due to the respective availabilities and complications of coordinating the depositions, the Parties will not be able to complete this necessary deposition discovery by the current close of discovery and therefore request the instant extension to permit sufficient time to conduct these outstanding depositions. The Parties agree that the additional time is necessary for these depositions as both the additional fact witnesses, and expert witnesses, possess information that is relevant to both Plaintiff's claims and Defendants' defenses.

Defendants have also received an extension of time to file an Answer to April 9, 2026. On March 12, 2026, this Court filed an Order Granting Defendants' Partial Motion to Dismiss (ECF No. 48). Due to the fact intensive nature of this case, Defendants needed extra time to address the allegations set forth in the Second Amended Complaint. Defendant's Answer may create the need for additional discovery needs, further demonstrating the need for an extension of discovery deadlines.

The Parties agree that neither Plaintiff nor Defendants will be prejudiced by the instant Stipulation and that the instant Stipulation is submitted in the interest of full and fair adjudication of Plaintiff's claims and Defendants' defenses. Ultimately, the Parties agree that there is good cause to grant the instant Stipulation due to the Parties' ongoing efforts to complete the substantial fact and expert discovery required to fairly adjudicate this matter, which, again, involves multiple causes of action and hundreds of factual allegations Parties agree that forty-five (45) days should be sufficient.

### 4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND FILING DISPOSITIVE MOTIONS

All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. On March 5, 2026, this Court Ordered that the that the last date to complete discovery would be April 20, 2026; that the last day to file dispositive motions would be May 20, 2026; and that the last day to file a pretrial order would be June 22, 2026. The parties propose to the Court the following cut-off dates:

**A.     Discovery Cut-off Date:** The discovery deadline shall be **Thursday, June 4, 2026.**

**B.     Expert Disclosures:** The expert disclosure deadline was on Monday, July 7, 2025. The Parties do not request an extension to this deadline. The rebuttal expert disclosure

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

deadline was Monday, October 6, 2025.  The Parties do not request an extension to this deadline. The Parties shall have until the discovery cut-off date to take the deposition of experts.  Expert discovery will be conducted in accordance with applicable Federal Rules of Civil Procedure and Local Rules of this District Court, specifically, Fed. R. Civ. P. 26(a)(2) and 26(b)(4), and Local Rules 26-1(b)(3).

**C.**      **Dispositive Motions:** Dispositive motions shall be filed by **Monday July 6, 2026,** as July 4, 2026 is a Saturday, and the 4th of July, which is thirty (30) days after the discovery cut-off date of June 4, 2026, in accordance with LR 26-3.

**D.**      **Joint Pretrial Order:** The Pretrial Order shall be filed no later than **Wednesday, August 5, 2026,** which is thirty (30) days after the deadline for filing dispositive motions date of May 20, 2026, in accordance with LR 26-1(b)(5).  In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision of the dispositive motions or further order of the Court.

**E.**      **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the final pretrial order.

///

///

///

///

///

///

///

///

///

**F.        Extensions or Modifications of the Discovery Plan and Scheduling Order:** In accordance with LR 26-4, any motion or stipulation to extend a deadline set forth in this discovery plan and scheduling order shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline.  A request made within twenty-one (21) days of the subject deadline will be supported by a showing of good cause.  Any stipulation or motion will comply fully with LR 26-4.

Dated: March 30, 2026                          Dated: March 30, 2026

HATFIELD & ASSOCIATES, LTD.        LITTLER MENDELSON, P.C.

/s/ *Trevor J. Hatfield*                        /s/  *Michael D. Dissinger*

Trevor J. Hatfield, Esq. (SBN 7373)      Patrick H. Hicks, Esq. (SBN 4632)
703 S. Eighth St.                              Michael D. Dissinger, Esq. (SBN 15208)
Las Vegas, NV 89101                        8474 Rozita Lee Avenue, Suite 200
(702) 388-4469 Tel.                          Las Vegas, NV 89113
(702) 386-9825 Fax                          (702) 862-8800 Tel.
thatfield@hatfieldlawassociates.com        (702) 862-8811 Fax
*Attorneys for Plaintiff*                      phicks@littler.com
                                               mdissinger@littler.com
                                               *Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated 4-2-26.

_____
UNITED STATES MAGISTRATE JUDGE