Patrick H. Hicks, Esq.
Nevada Bar No. 004632
Michael D. Dissinger, Esq.
Nevada Bar No. 15208
Taylor A. Buono, Esq.
Nevada Bar. No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
Telephone:    702.862.8800
Facsimile:     702.862.8811
phicks@littler.com
mdissinger@littler.com
tbuono@littler.com

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
Crystal J. Pugh, Esq.
Nevada Bar No. 12396
Betty J. Foley, Esq.
Nevada Bar No. 6333
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone:    (702) 799-5373
Facsimile:     (702) 799-7243
herrec4@nv.ccsd.net
foleybj@nv.ccsd.net

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT, MARILYN
DELMONT, AND DAVID ROSARIO

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICK ALLEN, an individual;<br><br>        Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; MARILYN DELMONT, an Individual; DAVID ROSARIO, an Individual,<br><br>        Defendants. | Case No. 2:24-cv-00741-GMN-MDC<br><br>**MOTION TO REMOVE COUNSEL MICHAEL D. DISSINGER. FROM THE CM/ECF SERVICE LIST** |

Defendants  CLARK  COUNTY  SCHOOL  DISTRICT,  MARILYN  DELMONT,  AND

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

DAVID ROSARIO ("Defendants") hereby move this Court for an Order removing Michael D. Dissinger, Esq. from the electronic service list for this case.

Mr. Dissinger will no longer be affiliated with Littler Mendelson P.C as of May 29, 2026. and, therefore, no longer represents Defendants CLARK COUNTY SCHOOL DISTRICT, MARILYN DELMONT, AND DAVID ROSARIO and will no longer be involved in this matter. As such, Defendants respectfully request that this Court grant an Order removing him from the electronic service list for this case.

Dated:  May 29, 2026

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 6-9-26

LITTLER MENDELSON, P.C.

*/s/ Taylor A. Buono*
_____
Patrick H. Hicks, Esq.
Taylor A. Buono, Esq.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
Crystal J. Pugh, Esq.
Betty J. Foley, Esq.

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
MARILYN DELMONT, AND DAVID
ROSARIO

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

## **PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 8474 Rozita Lee Avenue, Suite 200, Las Vegas, Nevada 89113.4770.  On May 29, 2026, I served the within document(s):

### **MOTION TO REMOVE COUNSEL MICHAEL D. DISSINGER. FROM THE CM/ECF SERVICE LIST**

☒    By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Trevor J. Hatfield, Esq.
HATFIELD & ASSOCIATES, LTD.
703 South Eighth Street
Las Vegas, NV 89101
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*
RICK ALLEN

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2026, at Las Vegas, Nevada.

*/s/ Joanne Conti*
Joanne Conti

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

3

4926-0696-2606