TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICK ALLEN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; MARILYN DELMONT, an Individual; DAVID ROSARIO, an Individual,<br><br>Defendants | CASE NO: 2:24-cv-00741-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS (ECF #65) AND REPLY IN SUPPORT OF MOTION**<br><br>**(First Request)** |

COMES NOW, Plaintiff RICK ALLEN (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of Hatfield & Associates, Ltd., and Defendants CLARK COUNTY SCHOOL DISTRICT, MARILYN DELMONT, and DAVID ROSARIO (hereinafter "Defendants"), by and through their counsel of record, Taylor Buono, Esq., of Littler Mendelson, P.C., who hereby stipulate and agree to extend Plaintiff's deadline to file his Response to Defendants' Motion for Sanctions to Exclude Documents Produced with Plaintiff's Fifth and Sixth Supplemental Disclosures as Untimely (ECF No. 65). Plaintiff's Response is currently due November 4, 2026. The parties stipulate to extend that deadline fourteen (14) days, through and including November 18, 2026.

Good cause exists for this extension. The parties conferred regarding Defendants' Motion for Sanctions and Plaintiff requested that Defendants withdraw the Motion based on Plaintiff's procedural objections. Defendants declined to withdraw the Motion but agreed to stipulate to additional time for Plaintiff to prepare and file his Response. The requested extension will permit Plaintiff adequate time to address the Motion and the substantial discovery record implicated by it.

Additionally, the parties agree to stipulate to one additional week for Defendants' Reply in Support of the Motion for Sanctions (ECF No. 65). Based on the foregoing extension afforded to Plaintiff's, Defendants' Reply brief would be due on November 25, 2026 – the day before Thanksgiving. Due to planned travel, the parties agree that Plaintiff may have one additional week to respond, until December 2, 2026.

This request is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' first request for an extension of Plaintiff's deadline to respond to ECF No. 65 and Defendants' subsequent reply. This extension is sought in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated this 4th day of November, 2026.

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J Hatfield*
By: ________________________________
Trevor J. Hatfield, Esq., (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

Dated this 4th day of November, 2026.

**LITTLER MENDELSON, P.C.**

*/s/ Taylor A. Buono*
By: ________________________________
Patrick H. Hicks, Esq. (SBN 4632)
Taylor A. Buono, Esq. (SBN 15513)
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113
Tel.: (702) 862-8800
Email: phicks@littler.com
Email: tbuono@littler.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:** Plaintiff's deadline to file his Response to Defendants' Motion for Sanctions (ECF No. 65) is extended through and including November 18, 2026.

**IT IS FURTHER ORDERED**: Defendants' deadline to file its Reply in Support of the Motion for Sanctions (ECF No. 65) is extended through and including December 2, 2026.

DATED this 6th day of November, 2026.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE